PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**OCT 06 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR TRACKER WARRANTS CONCERNING:<br><br>A 2006 KIA minivan, CA Lic No. 6LZE347;<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945; and<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945 | 2:16-SW-0432 CKD<br>2:16-SW-0433 CKD<br>2:16-SW-0530 DB<br><br>[PROPOSED] ORDER TO UNSEAL TRACKER WARRANTS AND TRACKER WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10/6/16

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE